IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DERRICK LAMONT COCHRAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-129(HL) |
| | * |
| Deputy MOORE, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated December 16, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk